UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY H. NAVARRO,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. SINGH, et al.,<br><br>    Defendants. | No. 1:19-cv-00018-NONE-SKO (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR RECONSIDERATION<br><br>(Doc. No. 17) |

  Plaintiff Larry H. Navarro requests reconsideration of a determination that he is required to pay a court filing fee. (Doc. No. 17.) In his request, plaintiff has provided the case number for the above-captioned action. (*Id.* at 1.) However, upon review of the docket, it appears that plaintiff's request to proceed without the payment of fees was GRANTED in this matter on January 8, 2019. (Doc. No. 5 at 1.) Therefore, plaintiff was not required to pay a filing fee in connection with his filing of this action. Nonetheless, plaintiff's case was dismissed with prejudice due to his failure to state a cognizable claim and was closed on March 19, 2020. (Doc. No. 15 at 4.) Accordingly, plaintiff's request for reconsideration (Doc. No. 17) is denied as having been rendered moot by the dismissal of this action.

IT IS SO ORDERED.

 Dated:  **December 9, 2020**         _____
                         UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2