1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARRY H. NAVARRO,<br><br>        Plaintiff,<br><br>    v.<br><br>SINGH, et al.,<br><br>        Defendants. | No. 1:19-cv-00018-DAD-SKO (PC)<br><br>ORDER VACATING DECEMBER 10, 2020 ORDER AND DENYING MOTION FOR WAIVER OF FILING FEE<br><br>(Doc. Nos. 17, 18.) |
|---|---|

Plaintiff Larry H. Navarro is a state prisoner proceeding *in forma pauperis*. On March 19, 2020, the court dismissed this action for failure to state a claim on which relief can be granted. (Doc. No. 15.) This case is now closed. On December 7, 2020, plaintiff filed a motion requesting a waiver of the filing fee for this action. (Doc. No. 17.)

On December 20, 2020, the court issued an order that correctly indicated that plaintiff's request to proceed without the payment of fees was granted in this matter on January 8, 2019. (Doc. No. 18, (citing Doc. No. 5 at 1).) However, the court mistakenly indicated that this would result in the complete waiver of the fee requirement. (*Id*.) This was incorrect. The December 10, 2020 order is therefore VACATED and the instant order replaces it.

Prisoners proceeding *in forma pauperis* are "required to pay the full amount of a filing fee" of any civil action they initiate. 28 U.S.C. § 1915(b)(1). The *in forma pauperis* statute provides that prisoners "*shall* be required to pay the full amount of a filing fee," and the "court

*shall* assess and . . . collect . . . an initial partial filing fee of 20 percent" of the average monthly deposits or average monthly balance in the prisoner's trust account. 28 U.S.C. § 1915(b)(1) (emphases added). Additionally, "the prisoner *shall* be required to make monthly payments of 20 percent of the preceding month's income." *Id.* § 1915(b)(2) (emphasis added).

Therefore, according to the statute, the court does not have discretion to waive the filing fee. The filing fee obligations and payment amounts are mandatory. *See, e.g.*, *Soares v. Paramo*, No. 3:13-cv-02971-BTM-RBB, 2018 WL 5962728, at *2 (S.D. Cal. 2018); *Cartwright v. Sparks*, No. 1:94-cv-06044-AWI, 2012 WL 394175, at *1 (E.D. Cal. 2012); *Adams v. Maricopa Cty. Sheriff's Office*, No. 2:10-cv-01558-PHX-RCB, 2010 WL 4269528, at *1-2 (D. Ariz. 2010).

Accordingly, the Court DENIES plaintiff's motion for reconsideration (Doc. No. 17) and confirms that he is required to pay the filing fee in connection with this action.

IT IS SO ORDERED.

Dated:   **December 11, 2020**

        */s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE